MORRIS BECKER, as Administrator of the Estate of BELLA BECKER, Deceased, Respondent, *v.* ANNA MEROVITZ et al., Appellants.

(Argued February 13, 1930; decided March 18, 1930.)

*Alfred R. Page* and *Harold M. Phillips* for appellants. *Louis N. Jaffe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.